Achille Laurent, Appellant, vs. The Anglo-Continental (late Ohlendorff's) Guano Works, a corporation organized and existing under the laws of the Empire of Germany; The British Phosphate Company, Limited, a corporation under the laws of the Kingdom of Great Britain; Anton Trubenbach and William M. Brooks, Appellees.

Appeal from Circuit Court, Marion county; William A. Hocker, Judge.

John G. Reardon, for Appellant.

Anderson & Hocker, for Appellees.

The bill in this cause was filed by the appellant against the appellees. There was decree for the defendant, and the complainant appeals.

Appeal dismissed on praecipe of counsel for appellant.